254

HARVEY WILLIAMS *versus* GABRIEL RICHARD, RECTOR AND AGENT OF THE CORPORATION OF THE CATHOLIC, APOSTOLIC AND ROMAN CHURCH OF ST. ANNE, AND PETER J. DES-NOYERS, CHARLES RIVARD, LOUIS BEUFAIT AND ANTOINE DEQUINDRE, WARDENS AND TRUSTEES OF SAID COR-PORATION

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Motion for judgment for costs *p. 335; (2) discontinued *p. 387.
PAPERS IN FILE: (1) Precipe for certiorari; (2) writ of certiorari.
*Office Docket,* MS p. 135, c. 50. (Case 101 of 1820)

IN THE MATTER OF FRANCIS LASSELLE,
LATE ADMINISTRATOR OF THE ESTATE OF JAMES
LASSELLE, DECEASED

JOURNAL ENTRIES (1822): *Journal 3:* (1) Continued *p. 336.
PAPERS IN FILE: (1) Transcript of proceedings of probate court; (2) affidavit of Charles James Lanman; (3) motion for affirmance.
*Office Docket,* MS p. 154, c. 88. (Case 139 of 1820)